UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

IN RE:                                          CASE NO. 13-62427
                                                CHAPTER 13

ALICIA KAREN TUNING

                                                JUDGE REBECCA B. CONNELLY

             DEBTOR                            **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Herbert L. Beskin files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** BSI FINANCIAL SERVICES

---

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 007 | XXXXXXXXXXXXXXXEARS | $3,737.95 | $3,737.95 | $3,737.95 |
| Total Amount Paid by Trustee | | | | $3,737.95 |

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__ Through the Chapter 13 Conduit          **X**   Direct by the Debtor

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 13-62427

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 2nd day of January, 2019.

ALICIA KAREN TUNING, 59 TAYLOR STREET, LYNCHBURG, VA  24504

ELECTRONIC SERVICE - COX LAW GROUP, PLLC, 900 LAKESIDE DRIVE, LYNCHBURG, VA  24501

BSI FINANCIAL SERVICES, 1425 GREENWAY DRIVE, SUITE 400, IRVING, TX  75038

ELECTRONIC SERVICE - United States Trustee


Date:  January 02, 2019                                                /s/ Herbert L. Beskin
                                                                        Herbert L. Beskin
                                                                        Chapter 13 Trustee
                                                                        P.O. Box 2103
                                                                        Charlottesville, VA  22902
                                                                        Ph: 434-817-9913; Email:
                                                                        ch13staff@cvillech13.net